UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EILEEN BERTORELLI-ZANGRILLO,  )
    Plaintiff,  )
vs.  )
  )
CARLA J. MARTIN, Individually,  )  Case No.:   1:06 CV 757-RWR
    Defendant  )
  )

**NOTICE OF CORRECTION**

    Plaintiff, by undersigned counsel provides this Notice of Correction pursuant to Local Civil Rule 11.1. The full residence address of the plaintiff is:

Eileen Bertorelli-Zangrillo
3313 Lawrence Avenue
Oceanside, NY 11572

Respectfully Submitted,

 /s/ Mary Schiavo
Mary Schiavo
DC Bar No. 440175
Motley Rice, LLC
28 Bridgeside Blvd.,
P.O. Box 1792
Mt. Pleasant, SC 29465
(843) 216-9000